# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1443     **Short Title:** DraftKings Inc. v. Hermalyn

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Michael Hermalyn                                                                                   as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)       [ ] intervenor(s)

/s/ Alexander del Nido                     5/6/2024
Signature                                  Date

Alexander del Nido
Name

Quinn Emanuel Urquhart & Sullivan, LLP     617-712-7100
Firm Name (if applicable)                  Telephone Number

111 Huntington Ave Suite 520               617-712-7200
Address                                    Fax Number

Boston, MA 02199                           alexdelnido@quinnemanuel.com
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1211805

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).