# United States Court of Appeals
## For the First Circuit

───────────────────

No. 24-1443

DRAFTKINGS INC.,

Plaintiff - Appellee,

v.

MICHAEL HERMALYN,

Defendant - Appellant.

───────────────────

**ORDER OF COURT**

Entered: May 10, 2024

"Appellant's Motion for Expedited Consideration" and appellee's response thereto are resolved as follows. Appellant may file his opening brief by the proposed deadline of May 24, 2024, but also may file his brief in advance of that date. Appellee's response brief will be due within 30 days of service of appellant's opening brief. Any reply brief will be due within 14 days of service of appellee's response brief but also may be filed in advance of that date. Briefing extensions should not be expected. Oral argument, to the extent deemed necessary, will be scheduled as soon as practicable, and this matter will be resolved without undue delay.

By the Court:

Maria R. Hamilton, Clerk


cc: Russell Beck, Stephen D. Riden, Aliki Sofis, Isaac Saidel-Goley, Gregg M. Badichek, Alexander Sixto Del Nido, Kimberly E. Carson, Christopher G. Michel, Mark Christopher Fleming, Orin Samuel Snyder, William F. Lee, Andrew S. Dulberg, Jason C. Schwartz, Jacob T. Spencer, Christine Demana, Justin M. DiGennaro, Justine Goeke, Harris Mufson