## quinn emanuel trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8308**

WRITER'S EMAIL ADDRESS
**christophermichel@quinnemanuel.com**

July 19, 2024

<u>VIA CM/ECF</u>

Maria R. Hamilton
Clerk of Court
U.S. Court of Appeals for the First Circuit
Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *DraftKings, Inc. v. Michael Hermalyn*, No. 24-1443 (scheduled for argument on July 22, 2024)

Dear Ms. Hamilton:

  Defendant-Appellant Michael Z. Hermalyn respectfully submits this letter pursuant to Rule 28(j) to provide notice of several recent developments in *Michael Z. Hermalyn et al. v. DraftKings, Inc.*, No. 24STCV02694, in the Superior Court of California, the parallel state-court proceeding referenced by the parties' briefing in this appeal. Op. Br. 8, 12-13; Answer. Br. 21-22; Reply Br. 6 n.1.

  On July 12, 2024, the Superior Court denied DraftKings' motion to quash service based on an asserted lack of personal jurisdiction (Ex. A). The court explained that Hermalyn has "become a California resident," and that DraftKings' attempt to enforce its non-compete covenant by "restrain[ing] Hermalyn in his employment with Fanatics in California" was "violative of the California statutes"

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

that void such agreements and "embod[y] California's fundamental public policy against restraint of trade." Ex. A at 4-5. The court accordingly determined that DraftKings is "subject to jurisdiction in California." *Id.* at 4.

On July 16, 2024, the Superior Court issued two tentative rulings in advance of a hearing the next day. In the first, the court tentatively denied Hermalyn and FVP, LLC's motion for a preliminary injunction (Ex. B). Significantly, the court determined that Hermalyn and FVP, LLC "are likely to prevail on the merits of this case," but the court found that "any injunction against [DraftKings] … would necessarily have the effect of enjoining the proceedings in the Massachusetts case," creating "comity" concerns. Ex. B at 1. In the second ruling, the court tentatively granted Hermalyn and FVP, LLC's motion for an expedited trial (Ex. C) given the need to avoid mooting "the issue of whether the one-year restriction on Hermalyn's employment is enforceable." Ex. C at 1. The court set an August 27, 2024 trial date. *Id.* at 2; *see also id*. at 1 (declining to bifurcate claims for declaratory and injunctive relief).

On July 17, 2024, the Superior Court heard argument on the two motions at issue in the tentative rulings. A final decision is possible at any time but has not yet been issued as of the submission of this letter.

Respectfully submitted,

*/s/ Christopher G. Michel*

Christopher G. Michel


Cc: Counsel of record