**GIBSON DUNN**

Thomas H. Dupree Jr.
Partner
T: +1 202.955.8547
M: +1 202.701.9944
tdupree@gibsondunn.com

July 20, 2024

VIA CM/CEF

Maria R. Hamilton
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: **Response to Rule 28(j) Letter**
*DraftKings Inc. v. Michael Hermalyn*, No. 24-1443
(oral argument scheduled July 22, 2024)

Dear Ms. Hamilton:

Defendant-Appellant Michael Z. Hermalyn's supplemental authorities are neither "pertinent" nor "significant." Fed. R. App. P. 28(j). The California state court's legally erroneous decision that it has personal jurisdiction over DraftKings has no bearing on the choice-of-law question before this Court—and DraftKings will appeal that ruling on Monday in any event. And the California court's tentative rulings denying Hermalyn's motion for a preliminary injunction and setting a trial date are even less relevant.

The only portion of those orders remotely relevant to this appeal is the California court's finding that "the totality of circumstances does not suggest Hermalyn has abandoned his *planned relocation* to Los Angeles to work for Fanatics." Ex. A at 5 (emphasis added). In other words, it is not clear even now whether Hermalyn is a California resident, further confirming that California has no meaningful connection to this suit—and certainly no greater interest than Massachusetts.

Respectfully submitted,

*/s/ Thomas H. Dupree Jr.*

Thomas H. Dupree Jr.

*Counsel for Appellee DraftKings Inc.*

CC: Counsel of record