# United States Court of Appeals
## For the First Circuit

No. 24-1443

DRAFTKINGS INC.,

Plaintiff, Appellee,

v.

MICHAEL HERMALYN,

Defendant, Appellant.

**JUDGMENT**

Entered: September 26, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed. Appellate costs are awarded to DraftKings Inc.

By the Court:

Maria R. Hamilton, Clerk

cc: Russell Beck, Stephen D. Riden, Aliki Sofis, Isaac Saidel-Goley, Gregg M. Badichek, Alexander Sixto Del Nido, Christopher G. Michel, Thomas Henderson Dupree Jr., Mark Christopher Fleming, Orin Samuel Snyder, William F. Lee, Andrew S. Dulberg, Jason Craig Schwartz, Jacob T. Spencer, Christine Demana, Justine Goeke, Harris Mufson, Justin DiGennaro